

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00153-CR

The **STATE** of Texas,
Appellant

v.

Cristian Antonio **LOPEZ-MIRANDA**,
Appellee

From the County Court at Law, Webb County, Texas
Trial Court No. 2022CRB000396L2
Honorable Leticia Martinez, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, we REVERSE the trial court's order granting Cristian Antonio Lopez-Miranda's request for habeas relief, RENDER judgment dismissing Lopez-Miranda's habeas application, and REINSTATE the information charging Lopez-Miranda with the misdemeanor offense of criminal trespass.

SIGNED August 28, 2024.

_____
Lori I. Valenzuela, Justice